IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02440-AP

GRYNBERG PETROLEUM COMPANY,

    Plaintiff,

v.

DIRK KEMPTHORNE,
THE BUREAU OF LAND MANAGEMENT, and
THE INTERIOR BOARD OF LAND APPEALS,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

Pursuant to the Parties' Joint Motion for Briefing Deadlines in Lieu of a Scheduling Order in the above-captioned action, it is accordingly

ORDERED, ADJUDGED and DECREED that the following Schedule is approved based on the parties' stipulation:

| | | |
|---|---|---|
| (1) | Plaintiff will file Opening Brief on or before: | **August 20, 2008** |
| (2) | Defendant will file a Response Brief on or before: | **September 26, 2008** |
| (3) | Plaintiff will file a Reply Brief on or before: | **October 17, 2008** |
| (4) | A Sur-Reply, if needed, will be filed by: | **October 31, 2008** |

DATED this 11th day of July, 2008.

                            BY THE COURT:

                            *S/John L. Kane*
                            United States District Court